**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
*Attorneys at Law*
Forum IV
8529 Six Forks Road, Suite 600
Raleigh, NC 27615
Telephone: 919-787-9700
Facsimile: 919-783-9412
www.ogletree.com

Vanessa N. Garrido
(919) 789-3194
vanessa.garrido@ogletree.com

July 1, 2026

Clerk of Court
U.S. Court of Appeals, 8th Circuit
Thomas F. Eagleton Courthouse
Room 24.329
111 S. 10th Street
St. Louis, Missouri 63102

**RE: United States Court of Appeals for the Eighth Circuit, Case No. 26-1158 (Oral Argument Conflicts)**

Dear Clerk of Court,

We represent Defendant-Appellee Nexstar Media, Inc. ("Appellee") in the above-referenced case. Pursuant to the Court's "Notice of Docket Activity" entered on June 29, 2026, below please find the days on which undersigned counsel for Appellee have conflicts:

- September 21-25, 2026 – Undersigned counsel Vanessa N. Garrido will be out of the country for a wedding from September 23-25, 2026 and undersigned counsel Stacy M. Bunck has a five-day arbitration set to begin on September 23, 2026, before the AAA.

- October 19-23, 2026 – Undersigned counsel Stacy M. Bunck has court-ordered mediation on October 20, 2026 and a pretrial conference on October 21, 2026, in the District of Kansas.

- January 11-15, 2027 – Undersigned counsel Vanessa N. Garrido has a five-day trial set to begin on January 19, 2027, in the Western District of North Carolina.

- March 15-19, 2027 – Undersigned counsel Vanessa N. Garrido has a three-day trial set to begin on March 29, 2027, in Durham County, North Carolina.

Please do not hesitate to contact us should you require additional information.

Respectfully,

Vanessa N. Garrido
Stacy M. Bunck